■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COLE, Appellant.—Appeal from a judgment of the Supreme Court, New York County (Richard Failla, J.), rendered on April 11, 1988, dismissed. *(See, People v Seaberg,* 74

NY2d 1.) Concur—Kupferman, J. P., Ross, Milonas, Kassal and Rubin, JJ.